5050-64/dmf

UNITES STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

KEVIN GREENE,

                        Plaintiff,

   -against-

THE COUNTY OF ULSTER, CORRECTIONS OFFICER
SHAWN ROCHE, CORRECTIONS OFFICER KYLE
MANNER, CORRECTIONS OFFICER JASON BLEU and
JOHN/JANE DOES 1-100 in their official capacity and
individually, the names being fictitious, as their entire names
are presently unknown,

                        Defendants.
-----------------------------------------------------------------------x

**NOTICE OF MOTION**

9:17-CV-1184 (TJM/ATB)

S I R (S):

     PLEASE TAKE NOTICE, that upon the annexed affidavit of David L. Posner, sworn to the 2nd day of February, 2018, the attached exhibit, and memorandum of law for an order dismissing plaintiff's Fourth Cause of Action in the complaint alleging a violation of the New York State Constitutions' guarantee of Equal Protection for failure to state a claim, said motion to be heard before this Court on the 12th day of March, 2018, at 10:00 a.m. in the forenoon at the courthouse located at Albany, New York.

DATED:     Poughkeepsie, New York
              February 2, 2018

                                            Yours, etc.

                                            McCABE & MACK LLP

                                            By: _____
                                                    David L. Posner
                                          *Attorneys for Defendant Ulster County*
                                          63 Washington Street
                                          P.O. Box 509
                                          Poughkeepsie, NY 12602-0509
                                          Tel: (845) 486-6800

5050-64/dmf

TO:    DUWAINE T. BASCOE, ESQ.
        WOODS OVIATT GILMAN LLP
        *Attorneys for Plaintiff*
        700 Crossroads Building
        2 State Street
        Rochester, NY 14614

        THOMAS K. MURPHY, ESQ.
        MURPHY BURNS LLP
        *Attorneys for Shawn Roche*
        407 Albany Shaker Road
        Loudonville, NY 12211