5050-64/dmf

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KEVIN GREENE,　　　　　　　　　　　　　　　　　　　　　　**AFFIDAVIT**
　　　　　　　　　　　　　Plaintiff,

　　-against-　　　　　　　　　　　　　　　　　　　　　　9:17-CV-1184 (TJM/ATB)

THE COUNTY OF ULSTER, CORRECTIONS OFFICER
SHAWN ROCHE, CORRECTIONS OFFICER KYLE
MANNER, CORRECTIONS OFFICER JASON BLEU and
JOHN/JANE DOES 1-100 in their official capacity and
individually, the names being fictitious, as their entire names
are presently unknown,
　　　　　　　　　　　　　Defendants.
------------------------------------------------------------------x

STATE OF NEW YORK　　）
　　　　　　　　　　　　） SS:
COUNTY OF DUTCHESS　）

　　　　　DAVID L. POSNER, being duly sworn, deposes and says:

　　1.　　I am a member of the firm of McCabe & Mack LLP, attorneys for defendant Ulster County. I submit this affidavit in support of the County's motion to dismiss the Fourth Cause of Action in the complaint alleging a violation of the New York State Constitution's guarantee of Equal Protection for failure to state a claim.

　　2.　　Annexed to this affidavit is a true and accurate copy of the following document:

　　**Exhibit A**　　Plaintiff's Complaint

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DAVID L. POSNER

Sworn to before me this
2nd day of February, 2018.

_____
Notary Public

DONNA M. FELLER
Notary Public, State of New York
Qualified in Dutchess County
Registration No. 4954999
Commission Expires Aug. 28, 2021