§ 29:15. Notice of dismissal [Fed. R. Civ. P. 41(a)(1)]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KEVIN GREENE,

 Plaintiff,

 -against-

THE COUNTY OF ULSTER, CORRECTIONS OFFICER
SHAWN ROCHE, CORRECTIONS OFFICER KYLE
MANNER, CORRECTIONS OFFICER JASON BLEU,
SARGENT WRANOVICS, and JOHN/JANE DOES 1-100
in their official capacity and individually, the names being
fictitious, as their entire names are presently unknown,
 Defendants.
------------------------------------------------------------------------X

Civil Action No. 9:17-cv 1184

**NOTICE OF DISMISSAL**

To: David Posner

 *Attorney for Defendants*
 McCabe and Mack LLP
 63 Washington Street
 P.O. Box 509
 Poughkeepsie, New York 12602-0509

  Please take notice that Plaintiff Kevin Greene discontinues the above-entitled action and dismisses the Complaint without prejudice.

Dated: February 7, 2018

*/s/ Regina L. Darby*
Regina L. Darby, Esq.
Law Offices of Regina L. Darby
*Attorney for Plaintiff*
Bar Number: 1047703
111 John Street, Suite 800

New York, NY 10038
212-480-3236
212-480-3292
reginadarby@yahoo.com